**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PETER JOHN DIAMOND,

    Plaintiff,

-vs-                                                Case No. 3:12-cv-983-J-34MCR

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 28; Report), entered on January 6, 2014. In the Report, Magistrate Judge Richardson recommends that Plaintiff's Uncontested Petition for Award of Attorney's Fees Under the Equal Access to Justice Act be granted, and that the Clerk of the Court be directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $3,621.06 for attorney's fees. See Report at 5. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 28) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Uncontested Petition for Award of Attorney's Fees Under the Equal Access to Justice Act (Dkt. No. 25) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant in the amount of $3,621.06 for attorney's fees.

**DONE AND ORDERED** in Jacksonville, Florida, this 30th day of January, 2014.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record